UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>CHRISTIAN MONTES<br>              Defendant. | CASE NO.:   3:18-CR-01984-JLS<br><br>Hon. Janis L. Sammartino<br><br>ORDER TO CONTINUE FINAL OSC REVOCATION HEARING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Final OSC Revocation Hearing currently set for February 4, 2022, be continued to **March 4, 2022 at 2:30 p.m.** For the reasons explained in the parties' joint motion, the Court finds that the time is excludable under 18 U.S.C. § 3161(h)(1)(D), (7).

SO ORDERED.

Dated: January 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge